J. Thomas ALLISON III, and Rebecca S. Allison, Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellant.

No. 2008–5100.

United States Court of Appeals, Federal Circuit.

Sept. 26, 2008.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Ad OLANSKY, as Executor of the Estate of Sidney Olansky, and Marian Olansky, Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellant.

No. 2008–5099.

United States Court of Appeals, Federal Circuit.

Sept. 26, 2008.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).